## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–1440.   **State ex rel. Bercaw v. Sunnybreeze Health Care Corp.**
Franklin App. No. 06AP–891, 2007-Ohio-3519.